THE HONORABLE THOMAS S. ZILLY



09-CV-00540-APP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND; et al., <br><br> Plaintiffs, <br><br> v. <br><br> FRED HILL MATERIALS, INC., a Washington corporation, <br><br> Defendant. | NO. C09-0540-TSZ <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

THIS MATTER coming to be heard upon Plaintiffs' Motion for Summary Judgment, Plaintiff appearing through its attorney, Russell J. Reid of Reid, Pedersen, McCarthy & Ballew, L.L.P., and Defendant appearing through its attorney, Matthew Lind of Sherrard McGonagle Bohannon & Miller, and the Court being fully advised, now, therefore:

IT IS HEREBY ORDERED AND DECREED:

1. Plaintiffs' unopposed Motion for Summary Judgment is GRANTED;

2. Judgment is awarded in favor of Plaintiffs' Trust Fund against Defendant, Fred Hill Materials, Inc., in the amounts hereinafter listed, which amounts are due to the Plaintiffs

[PROPOSED] ORDER – C09-0540-TSZ
Page 1 of 2
G:\01-01999\540\Fred Hill Materials 40720 2-09-\SJ - Proposed Order.doc

Reid, Pedersen, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
101 ELLIOTT AVENUE WEST • SUITE 550
SEATTLE, WA 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

for the employment period of February 2009 through April 2009:

   A.   $45,089.50 for contributions;

   B.   $2,148.60 for dues;

   C.   $5,410.74 for liquidated damages;

   D.   $640.52 for interest;

   E.   $417.00 for attorneys' fees; and

   F.   $460.90 for costs.

3. This Judgment shall accrue interest on the total unpaid balance at the rate of 0.53% per annum.

ORDER ENTERED THIS 9 day of July, 2009.

_____
THE HONORABLE THOMAS S. ZILLY

PRESENTED FOR ENTRY:

REID, PEDERSEN, McCARTHY & BALLEW, L.L.P.

_____
Russell J. Reid, WSBA #2560
Attorneys for Plaintiffs

[PROPOSED] ORDER – C09-0540-TSZ
Page 2 of 2
G:\01-01999\540\Fred Hill Materials 40720 2-09-\SJ - Proposed Order.doc

Reid, Pedersen, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW

101 ELLIOTT AVENUE WEST • SUITE 550
SEATTLE, WA 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925